# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS AMIEVA,
            Appellant,
    vs.
PEEK BROTHERS CONSTRUCTION,
INC.; TRAVIS PEEK; JERRY PEEK;
JENNIFUR PEEK; TROY PEEK; AND
YOSE CAMPBEL,
            Respondents.

No. 83097

**FILED**

JUL 13 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to dismiss. First Judicial District Court, Carson City; James E. Wilson, Judge.

Review of the notice of appeal and the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was untimely filed more than 30 days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRCP 6(d); NRAP 26(c). The challenged district court order was entered on March 9, 2021, and written notice of entry of order was served on appellant by mail on April 7, 2021. The notice of appeal was not filed in the district court until June 22, 2021, well after expiration of the 30-day limit set by NRAP 4. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

                _Parraguirre_ , J.
Parraguirre

_Stiglich_ , J.
Stiglich

                _Silver_ , J.
                Silver

cc: Hon. James E. Wilson, District Judge
Jesus Amieva
Kravitz Schnitzer Johnson Watson & Zeppenfeld, Chtd.
Carson City Clerk